# LAW OFFICES OF NOLAN KLEIN, P.A.           ATTORNEYS & COUNSELORS

**FLORIDA:** 1 E. BROWARD BLVD., SUITE 1500
FT. LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

**Nolan K. Klein Esq.**
klein@nklegal.com

June 4, 2019

**VIA ECF**
Honorable Judge J. Paul Oetken
Southern District of New York
40 Foley Square
New York, NY 10007

> *Re:    **Breeze v. Hotel Casablanca, Inc.**
> SDNY Case No.: 1:19-cv-02235*

Dear Judge Oetken:

This law firm together with Bashian & Papantoniou, P.C., represent the Plaintiff, Byron Breeze, in the above-captioned matter. Plaintiff hereby notifies this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement and request thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, for the case to remain pending.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:    */s/ Nolan K. Klein*
NOLAN K. KLEIN
(NK4223)

NKK/amd
cc: Erik Bashian, Esq. (co-counsel for Plaintiff) (via ECF)